**01–394. State v. Riley.**
Medina App. No. 3082–M. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**01–395. State v. Gaddis.**
Cuyahoga App. No. 77058. On motion for leave to file delayed appeal. Motion denied.

## DISCRETIONARY APPEALS ALLOWED

**00–2155. Worley v. Cooper Tire & Rubber Co.**
Hancock App. No. 5200016.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**00–2156. Justice v. State Farm Ins. Co.**
Licking App. No. 2000CA29.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**00–2178. Wallace v. Ohio Dept. of Commerce, Div. of State Fire Marshal.**
Franklin App. No. 99AP–1303.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**00–2198. Miljkovic v. Greater Cleveland Regional Transit Auth.**
Cuyahoga App. No. 77214.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**00–2236. Kostelnik v. Helper.**
Cuyahoga App. No. 76809.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**00–2241. Carpenter v. United Ohio Ins. Co.**
Noble App. No. 272. Discretionary appeal allowed and cause held for the decisions in 00–745 and 00–801, *Littrell v. Wigglesworth,* Butler App. Nos. CA99–05–092 and CA99–08–141; and 00–206 and 00–374, *Clark v. Scarpelli,* Montgomery App. No. 17883; briefing schedule stayed.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**00–2271. Heilman v. Progressive Ins. Co.**
Richland App. No. 00CA28. Discretionary appeal allowed and cause held for the decisions in 00–745 and 00–801, *Littrell v. Wigglesworth,* Butler App. Nos. CA99–05–092 and CA99–08–141; and 00–206 and 00–374, *Clark v. Scarpelli,* Montgomery App. No. 17883; briefing schedule stayed.
COOK, J., would allow and hold only on Proposition of Law No. II.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent.